**Fill in this information to identify the case:**

Debtor name      **NanoMech, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-10851 (CSS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/15/2019        x  *Wyatt Watkins*
                                   Signature of individual signing on behalf of debtor

                                   **Wyatt Watkins**
                                   Printed name

                                   **Senior Vice President of Finance and Operations**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **NanoMech, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)  **19-10851 (CSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **7,189,925.07**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **7,189,925.07**

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **12,552,005.58**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **6,395,799.99**

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b     $     **18,947,805.57**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NanoMech, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-10851 (CSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Today's Bank: 5178 W. Sunset Ave., Springdale AR 72762** | **Business Checking** | **5289** | $138,299.96 |
| 3.2. | **First Security Bank, PO Box 249, Springdale, AR 72765** | **Business Checking** | **5301** | $5,000.00 |
| 3.3. | **First Security Bank, PO Box 249, Springdale, AR 72765** | **Business MMF** | **1523** | $205,147.04 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $348,447.00 |
    | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **WeWork- 1449 Woordward Ave. Tenant LLC, 19 Clifford St., Detroit, MI 48226** | $2,850.00 |
| --- | --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | Case number *(If known)* **19-10851 (CSS)** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.2. | **Dallas Office**<br>**Harwood Intl Center I, LP**<br>**2501 North Harwood, 14th Floor**<br>**Dallas, TX 75201** | **$13,728.00** |
| 7.3. | **Houston Office**<br>**Guggenheim Partners LLC**<br>**Jones Lang LaSalle/Attn: Managing Director/Property Manager**<br>**1400 POst Oak Blvd., Ste. 1100**<br>**Houston, TX 77057** | **$55,066.67** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   **$71,644.67**

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:        **797,920.01**        -        **859.20**    = ....        **$797,060.81**

face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   **$797,060.81**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**GARM- THPC Unrea**<br>**Precondensate** | | **$0.00** | | **$1,350.33** |

Debtor    **NanoMech, Inc.**
Name

Case number *(If known)* **19-10851 (CSS)**

| | | | |
|---|---|---|---|
| **GXPKG-specified containers for raw matieral** | | $0.00 | $21,159.28 |
| **GXRM -GuardX Raw Material** | | $0.00 | $141,862.12 |
| **NGRM- NGlide Raw Materials** | | $0.00 | $431,157.95 |
| **PKG- Packaging materials** | | $0.00 | $959,885.17 |
| **FG- Finished Goods list for GuardX** | | $0.00 | $17,119.77 |
| **FG- Finished Goods- nGlide** | | $0.00 | $637,275.44 |
| **FG- Finished Goods- nGuard** | | $0.00 | $654,759.17 |
| **GXCG- Converted Goods** | | $0.00 | $171.60 |
| **NGCG- Nglide Converted Goods** | | $0.00 | $58,894.27 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$2,923,635.10

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 6:    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **NanoMech, Inc.** | Case number *(if known)* **19-10851 (CSS)** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**SEE ATTACHED LIST** | **$0.00** | | **$20,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.   **Artwork** | **Unknown** | | **$0.00** |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$20,000.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.   **SEE ATTACHED LIST** | **Unknown** | | **$0.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

| Debtor | **NanoMech, Inc.** | Case number *(If known)* **19-10851 (CSS)** |
|---|---|---|
| | Name | |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents Pending- Accumulated Amortization** | $0.00 | | $3,029,137.49 |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $3,029,137.49

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **NanoMech, Inc.**                                                   Case number *(If known)*  **19-10851 (CSS)**
          Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **NanoMech, Inc.**
_____
Name

Case number _(If known)_  **19-10851 (CSS)**
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $348,447.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $71,644.67 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $797,060.81 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $2,923,635.10 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $3,029,137.49 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,189,925.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,189,925.07 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

SUPPLEMENTAL ATTACHMENT TO SCHEDULE A/B
PART **7**: OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES
AND
PART **8**: MACHINERY, EQUIPMENT, AND VEHICLES

| Asset ID | Item |
|---|---|
| LE-04 | Baritron Transducer |
| LE-08 | Kanomax Handheld Particle Counter |
| LE-37 | Ultima 2 Spectrometer |
| LE-41 | Salt Spray Chamber |
| LE-B | Tribometer (custom built) |
| LE-33 | 3D Optical Profiling & Analyzer System w/ Axis & Turret |
| LE-05 | Laser Scattering Particle Analyzer w/ Solvent Resistant Pump, Feeder & Computer System |
| LE-07 | Nova Gas Sorption Analyzer w/ Vacuum Pump & Regulator |
| LE-13 | High Performance Test Machine w/ Software |
| LE-14 | Digital-High Precision Scar Measurement System |
| LE-15 | Mechanical Grease Worker |
| LE-16 | Digital Penetrometer |
| LE-17 | Test Tube Bath |
| LE-18 | Dropping Point Apparatus |
| LE-19 | Water Washout Tester |
| LE-20 | Water Sprayoff Tester |
| LE-21 | Constant Temp Air Cabinet |
| LE-22 | High Temp Rotary Drive |
| LE-24 | Timkien Test Machine |
| LE-25 | Portable Sentry Air Cleaner: |
| LE-26 | Rust Prevention Grease Tester |
| LE-27 | Sky Sentry Model 300 Air Cleaner |
| ME-35 | Haake Mars III Rheometer |
| LE-29 | HFRR System, Complete with Mechanical and Control Units; High Temperature Option Bundle; Standar... |
| LE-30 | Falex Fretting Wear Test Tig 220 Vac, 60HZ |
| LE-30 | Rolling Four-Ball Cup Assembly |
| LE-30 | Rolling Four-Ball Specimen Race |
| LE-31 | Wheel Bearing Tester, 15V/60 |
| LE-31 | High Temp. Wheel Bear. Software |
| LE-31 | Thermometer ASTM 42C |
| LE-31 | Corrosion Preventive App. 115V |
| LE-31 | Estimation of Deleterious Part |
| LE-32 | Custom Fixtures |
| LE-32 | Custome Fixtures US, Custom Fixtures Blank Aluminum Holder |
| LE-31 | Inboard and Outboard Bearing Set |
| LE-31 | Bearing Set |
| LE-36 | 2 Unit Roll tester 115V 60 Hz and Installation and Training - PO 134000 |

| | |
|---|---|
| LE-33 | Sales and Use Tax on 3D Optical Profiling & Analyzer System w/ Axis & Turret |
| LE-05 | Sales and Use Tax on Laser Scattering Particle Analyzer w/ Solvent Resistant Pump, Feeder & Computer System |
| ME-35 | Sales and Use Tax on Haake Mars III Rheometer |
| LE-38 | Mitutoyou SurfTest Standard Drive - PO 135045 |
| LE-39 | FLC Lubricity Tester, Mechanical Loading System |
| LE-42 | Density Meter DMA 4500 M |
| LE-43 | Constant Temp Bath KV3000 KIN VISC BATH 12" 115V 60HZ |
| LE-44 | 2 Unit Rotary Bath 220-240V/60H |
| LE-45 | Test Apparatus |
| LE-46 | Model CH40 9 So-Low Chest  Style Laboratory Freezer - 9 cubic feet |
| LE-48 | Branson M8800H Ultrasonic Cleaner Mechanical Timer & Heat, 5-1/2 Gallon |
| LE-49 | Heratherm OGS100 GC Oven 3.75 |
| LE-12 | Branson Ultrasonic Cleaner w/Timer |
| LE-L | Fluid Energy: Model 00 Jet-O-Mizer in type 316 stainless steel |
| LE-K | Travaini two stage liquid ring vacuum pump, model TRHC40-190-C-A3, 316 stainless steel |
| LE-I | used coating furnace |
| LE-M | Nanospray system (Inv DUR 5 3/24/09) |
| LE-A | CVD-Chemical Deposition System (used) |
| LE-H | Omni Macros ES 115V, S/N 1024 45mm x 195mm N-Win A Kni '05 |
| LE-G | Dual Mixer Mill; Hardened Steel Grinding Vial |
| LE-F | T500 System including Hommel Tester T500 Complete |
| LE-D | Microwave Furnace (converted to capital lease) |
| LE-02 | Environmental-Wet Cleaning Box |
| LE-06 | Mitutoyo  Digital Microscope w/ Camera |
| LE-09 | Haas CNC Lathe |
| LE-10 | Wilson-Rockwell Scale |
| LE-11 | Nikon Microscope w/ Camera |
| LE-23 | Microhardness Tester |
| LE-28 | Dynamometer |
| LE-09 | Sales and Use Tax on Haas CNC Lathe |
| LE-28 | Sales and Use Tax on Dynamometer |
| LE-40 | Contour Measuring Instrument - PO 135701 |
| LE-47 | Ultrasonic Digital Bench Top Cleaner with Timer & Heater w/Support Rack |
| ME-45 | CVD Battery Backup - Electrical Terminal Block; Electrical Jumper; Power Cord; Extension Cord; Electrical Wire; Elect... |
| ME-45 | CVD Battery Backup - APC 3000VA 2700W UPS Battery Back 120V - PO 135337 |
| ME-45 | CVD Battery Backup - Heavy Duty Outdoor Wire 4 Gauge; Insulated Set Screw Butt Splice - PO 135465 |
| ME-45 | CVD Battery Backup - Cable Protector - PO 135466 |
| ME-45 | CVD Battery Backup - Provantage, LLC, OH - UPS Battery Exension Cable - PO 135416- 07/02 |
| ME-45 | CVD Battery Backup - Made Technology LLC, NJ - APC Ultra Battery Pack - PO 135417 - 07/03 |
| ME-45 | CVD Battery Backup - WW Grainger, PA - Silicone Spray, Antioxidant Electrical, Splicing Tape Electrical - PO 135497 -... |
| ME-45 | B&H Photo, NY - UPS Battery Backup - PO 135905 - 11/05 |
| ME-03 | Attritor Power & Supply |
| ME-12 | Hobart All Purpose Mixer |
| ME-14 | Powder Transfer Pump |
| ME-15 | 5 SD Attritor |

| ME-16 | Yamada Double Diaphragm Pump |
| ME-40 | Grizzly Industrial Dust Collector |
| ME-23 | Air Compressor & HEPA Filtration System |
| ME-27 | 15 SD Attritor |
| ME-24 | 8.5 Ton Chiller |
| ME-25 | 15.9 Ton Chiller |
| ME-06 | 30 SD Attritor |
| ME-07 | 50 SD Attritor |
| ME-33 | Hobart All Purpose Mixer |
| ME-28 | LMZ10 Horizontal Media Mill |
| ME-29 | Dissolver MasterMix 22 |
| ME-26 | 16.0 Ton Chiller |
| ME-41 | LI-14-A   Zoneworks Strip Curtains |
| ME-43 | (NR) PayPal*Michromatec, CA - spex Sample Prep 8000D Mixer - PO 134347 - 07/28 |
| ME-44 | Cartridge Inline Magnet - PO 135371 |
| ME-46 | LX 900 CLSP 100/115V Label Printer - PO 135736 |
| ME-47 | Albin Stainless Steel Pump - PO 135663 |
| ME-48 | Ron Ungar Twin Piston Filler - PO 135663 |
| ME-49 | Lee 150 Gallon Kettle - PO 135663 |
| ME-50 | Pump Catalog.com NJ - Yamada 1.5 SS Pump 10/08 |
| ME-51 | Slotted Pipe (Media Screen) - PO 135977 |
| ME-52 | 26 1/2 HStand S1-F2015-A |
| ME-43 | S 50 Attritor, Hardened Carbon Steel Media |
| ME-44 | S 100 Attritor,  SS Media |
| ME-45 | SD-200 Attritor; SS Media |
| ME-46 | SD1 Attritor XrO2, 5 mm ZrO2 Media; 10 mm ZrO2 Media; SS Cover for Inert Gases |
| ME-47 | 65 Ton Chiller |
| ME-48 | Slotted Pip Clamping Device |
| ME-57 | Unload and Set Attritor |
| ME-54 | Lift Lid/Shaft Assemblies for Attritors |
| ME-55 | Easy Trunk Unit |
| ME-56 | Hobart 60Qt Mixer |
| ME-60 | Compressor for nGlide Production Power Transfer System |
| ME-61 | Overhead stirrer |
| ME-62 | Parts and Labor to install Compressor Assembly |
| ME-63 | SENTRA Temperature Controller, |
| ME-64 | 2in Cartridge Inline Magnet |
| ME-67 | Disconnect and reconnect power to equipment - Attritors |
| ME-68 | Compressor for nGlide Production Power Transfer System |
| ME-69 | Downpayment on Powder Transfer System |
| ME-70 | Balance on Powder Transfer System |
| ME-71 | Unload & Set Vac-U-Max equipment |
| ME-72 | Compressor, Air Kaeser - Upgrade |
| ME-73 | Credit for issues with equipment |
| ME-74 | correction to original invoice miss posted for Powder Transfer system |

| | |
|---|---|
| ME-76 | 16 ASM TK 330 Poly Visco Drums |
| ME-77 | 2000 Double Wall UL142 Skid Tank with Pump Platform and Reel Bucket |
| ME-77 | Installation of above tank |
| ME-78 | Bulk grease pump and meter |
| ME-78 | Bulk grease pump and meter |
| ME-79 | 1.5HP Air Driven Clamp Mount Mixer and stand |
| ME-81 | Media 3/16 & 3/8 SS 440C Balls |
| ME-82 | Grease Pump & Assembly |
| ME-83 | Steel Drums |
| ME-84 | Mobile Drum Lift and Tilt 400A-9 |
| ME-85 | 6 ASM TK 330 Poly Visco Drums |
| ME-86 | 6 ASM TK 330 Poly Visco Drums |
| ME-87 | Hydraulic Oil Tank and Pump Assembly for FMC (ME-87A&B) |
| ME-88 | Grease Pump & Assembly |
| ME-89 | Grease Pump & Assembly |
| ME-90 | Grease Pump & Assembly |
| ME-91 | Grease Pump & Assembly |
| ME-92 | Grease Pump & Assembly |
| ME-94 | Grease Pump & Assembly |
| ME-95 | Grease Pump & Assembly |
| ME-96 | 12 ASM TK 330 Poly Visco Drums |
| ME-97 | Shaft/Agitator Assemby |
| ME-98 | Single Head Piston Filler |
| ME-99 | Plastic Tube Sealer |
| ME-100 | Grease Pump & Assembly |
| ME-101 | Grease Pump & Assembly |
| ME-102 | Grease Pump & Assembly |
| ME-103 | 6 ASM TK 330 Poly Visco Drums |
| ME-104 | Grease Pump & Assembly |
| ME-105 | Grease Pump & Assembly |
| ME-106 | Gold Seal GS-90 T Tamp On Labeler |
| ME-107 | 40:1 1/4 Drum Pump |
| ME-108 | SGY-1000 Piston Filler |
| ME-109 | Drum Pump |
| ME-110 | Drum Pump |
| ME-111 | Bulk grease pump |
| ME-112 | Drum Pump |
| ME-113 | Grease Pump & Stand Assembly |
| ME-114 | Fluid Bag Filler currently at Royal |
| ME-115 | Pressure Washer--Industrial (Raider 3540 GPO) |
| ME-116 | 6 ASM TK 330 Poly Visco Drums |
| ME-117 | Grease Pump--Bearing Service |
| ME-118 | Mixer |
| ME-118 | Freight for Mixer |
| ME-119 | Grease Pumps (3) |

| | |
|---|---|
| ME-120 | Grease Pump |
| ME-121 | ASM TK 330 Poly Visco Drums |
| ME-122 | ASM TK 330 Poly Visco Drums |
| ME-123 | Shaft Assembly |
| ME-124 | SGP-1000 Piston Filler |
| ME-125 | Gravity Filler |
| ME-126 | Grease Pump |
| ME-20 | L&W Padder for Textile Coating |
| ME-21 | Batch Mixer w/ Alloy Propeller |
| ME-22 | BBC Little Buddy II Dryer w/ Heat Control |
| ME-31 | FX60 7.5 HP Batch Mixer From Silverson |
| ME-30 | Quadro Comill Model 197S (Used) |
| ME-35 | Ultrasonic Processor |
| ME-32 | 28 ft Forced Air Oven |
| ME-34 | High Speed Disperser w/ Blades, Mixing Vessels, & High Polish Tank |
| ME-36 | High Shear Mixing Head for FX60 Batch Mixer |
| ME-37 | Mill Screen for FX60 Batch Mixer |
| ME-38 | Portable Air Filter |
| ME-66 | Sprayer, Xforce HD (120V) |
| ME-80 | PCH-2 Portable Dust Collector Unit |
| ME-93 | Harbil 5G High Speed Paint Mixer |
| ME-02 | Saw/Grinder & Installation |
| ME-10 | Handgun Sprayer & Nozzle Kit |
| ME-04 | Travaini Liquid Ring Vacuum Pump |
| ME-11 | WVB Liquid Honing Blasting Machine |
| ME-19 | Ultrasonic Nozzle w/ Vortex Air Shroud |
| ME-39 | Videojet 120 Printer including installation and service - PO 134052 |
| ME-39 | Videojet 120 Printer Install-Travel - PO 134052 |
| ME-42 | Microblast Machine - PO 133888 |
| ME-42 | Freight on Norblast Microblast Machine from Ship to Warehouse - PO 133888 |
| ME-42 | Ocean Freight for Norblast Microblast Machine - PO 134181 |
| ME-42 | Freight, Custom Fee and Handling charge - Microblast Machine |
| ME-42 | Uncrate and Set Equipment - Microblast Equipment |
| ME-42 | Misc Electrical - Disconnect Electric to Equipment for Microblast installation - PO 134345 |
| ME-42 | Carousel Adapter, Microblast - PO 134359 |
| ME-42 | Install air piping fron nGuard area Pnematic Accumulator Tank to Microblast Room - PO 134512 |
| ME-42 | Install Electric to Microblast room and power to a machine - PO 134578 |
| ME-53 | NanoSpray |
| ME-42 | Hood Vent System for Microblast Macine |
| ME-58 | NanoSpray |
| ME-59 | NanoSpray |
| ME-65 | Heated Wash Tanks |

**Fill in this information to identify the case:**

Debtor name      **NanoMech, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)    **19-10851 (CSS)**

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **2.1** | **Advantage Capital Community**<br>Creditor's Name<br>**Dvlpmt Fund<br>190 Carondelet Plaza<br>Ste. 1500<br>Saint Louis, MO 63105**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Equipment**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | **$144,000.00** | **Unknown** |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| **2.2** | **AEDC**<br>Creditor's Name<br>**Attn: Bryan Scoggins<br>900 W. Capitol, Ste. 400<br>Little Rock, AR 72201**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**1.5 Acres RE<br>(2nd)**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | **$500,000.00** | **Unknown** |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**2008** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | Case number (if know) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **AEDC** | | Describe debtor's property that is subject to a lien | $500,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bryan Scoggins**
**900 W. Capitol, Ste. 400**
**Little Rock, AR 72201**

Creditor's mailing address

**1.5 Acres RE**
**(2rd)**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0301**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Arvest Bank** | | Describe debtor's property that is subject to a lien | $1,548,705.66 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Amanda Trembly**
**Special Assets Division**
**415 W. Emma Street**
**Springdale, AR 72764**

Creditor's mailing address

**1.5 Acres RE**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5612**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Arvest Bank** | | Describe debtor's property that is subject to a lien | $9,719.93 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Amanda Trembly**
**Special Assets Division**
**415 W. Emma Street**
**Springdale, AR 72764**

Creditor's mailing address

**Truck**

Describe the lien

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | Case number (if know) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6750**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CDVCA SUB-CDE IV** | Describe debtor's property that is subject to a lien **AR** | $176,000.00 | $797,060.81 |
|---|---|---|---|---|

Creditor's Name
**190 Carondelet Plaza Ste. 1500 Saint Louis, MO 63105**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **GMC** | Describe debtor's property that is subject to a lien **2018 GMC Truck** | $12,810.99 | $33,917.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 1510 Cockeysville, MD 21030**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | Case number (if known) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

| 2.8 | **Michaelson Capital Special** | Describe debtor's property that is subject to a lien | **$5,799,429.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Finance Fund, LLP**
**Attn: Vincent S. Capone,**
**Esq.**
**509 Madison Ave., Ste.**
**2210**
**New York, NY 10022**

**1.5 acres RE**
**(2nd)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| 2.9 | **Michaelson Capital Special** | Describe debtor's property that is subject to a lien | **$2,731,340.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Finance Fund, LLP**
**Attn: Vincent S. Capone,**
**Esq.**
**509 Madison Ave., Ste.**
**2210**
**New York, NY 10022**

**Equipment**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| 2.1 0 | **Michaelson Capital Special** | Describe debtor's property that is subject to a lien | **$250,000.00** | **$797,060.81** |
|---|---|---|---|---|

Creditor's Name

**Finance Fund, LLP**
**Attb: Vincent S. Capone,**
**Esq.**
**509 Madison Ave., Ste.**
**2210**
**New York, NY 10022**

**AR**

Creditor's mailing address

**Describe the lien**

| Debtor | **NanoMech, Inc.** | | Case number (if know) | **19-10851 (CSS)** |
|---|---|---|---|---|
| | Name | | | |

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.1 1 | **Michaelson Capital Special** | Describe debtor's property that is subject to a lien | $200,000.00 | $2,923,639.10 |
|---|---|---|---|---|
| | Creditor's Name | **Inventory** | | |

**Finance Fund, LLP**
**Attb: Vicent S. Capone,**
**Esq.**
**509 Madison Ave., Ste.**
**2210**
**New York, NY 10022**

Creditor's mailing address

Describe the lien

| Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
|---|---|
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.1 2 | **Southeast Community** | Describe debtor's property that is subject to a lien | $680,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **1.5 acres RE** <br> **(2nd)** | | |

**Dvlpmt Fund VII, LLC**
**190 Carondelet Plaza**
**Ste. 1500**
**Saint Louis, MO 63105**

Creditor's mailing address

Describe the lien

| Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
|---|---|
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply |

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 6 |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | Case number (if know) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$12,552,005.58** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **NanoMech, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **19-10851 (CSS)**

☐ Check if this is an
amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | | | **Total claim** | **Priority amount** |
|-----|-----|-|-|-----------------|---------------------|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|     | **Dept. of Finance & Admin**<br>**AR Sales Tax/Harrison**<br>**1020 Goblin Dr.**<br>**Ste. A & B**<br>**Harrison, AR 72601-3609** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
|     | Date or dates debt was incurred | Basis for the claim: | | | |
|     | Last 4 digits of account number | Is the claim subject to offset? | | | |
|     | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|     | **Georgia Dept of Revenue**<br>**Sales Tax**<br>**PO Box 105408**<br>**Atlanta, GA 30348-5408** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
|     | Date or dates debt was incurred | Basis for the claim: | | | |
|     | Last 4 digits of account number | Is the claim subject to offset? | | | |
|     | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    51816                    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Louisiana Dept of Revenue**
**Baton Rouge Headquarters**
**PO Box 201**
**Baton Rouge, LA 70821-0201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michigan Dept of Treasury**
**PO Box 30803**
**Lansing, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Missouri Dept of Treasury**
**Harry S. Truman**
**State Office Bldg.**
**301 West High St.**
**Jefferson City, MO 65101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oklahoma Tax Commission**
**Connors Building/Capitol Complex**
**2501 N. Lincoln Blvd.**
**Oklahoma City, OK 73194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Capitol Station**
**PO Box 13528**
**Austin, TX 78711-3528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.50** |
|---|---|---|---|

**1947--B & O 1947 Division**
**Milberg Factors Inc**
**99 Park Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/1/2019

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00** |
|---|---|---|---|

**1World Sync**
**PO Box 78000**
**Department 781341**
**Detroit, MI 48278-1341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/1/2019

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,761.91** |
|---|---|---|---|

**Acme-Hardesty Co.**
**PO Box 201477**
**Dallas, TX 75320-1477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/6/2019

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**ADEQ**
**State of Ar Dept of Enviomental Quality**
**5301 Northshore Dr.**
**Little Rock, AR 72118-5317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/15/2018

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Advanced Information Management**
**1720 E. Hwy 264**
**Springdale, AR 72764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2018

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | Case number (*if known*) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address**
**Advantage Capital Community Development**
**190 Carondelet Plaza**
**Suite 1500**
**St Louis, MO 63105**

Date(s) debt was incurred  **3/15/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$21,722.22**

---

**3.7** | **Nonpriority creditor's name and mailing address**
**Aflac**
**Attn: Remittance Processing Services**
**1932 Wynnton Rd.**
**Columbus, GA 31999-0797**

Date(s) debt was incurred  **3/7/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$432.32**

---

**3.8** | **Nonpriority creditor's name and mailing address**
**Airgas USA LLC**
**P.O. Box 676015**
**Dallas, TX 75267-6015**

Date(s) debt was incurred  **12/31/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$188.65**

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Akermann, LLP**
**PO Box 4906**
**Orlando, FL 32802**

Date(s) debt was incurred  **10/18/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$491,992.58**

---

**3.10** | **Nonpriority creditor's name and mailing address**
**Allegheny Petroleum**
**999 Airbrake Avenue**
**Wilmerding, PA 15148**

Date(s) debt was incurred  **1/14/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$21,882.85**

---

**3.11** | **Nonpriority creditor's name and mailing address**
**AmeraMax Consulting LLC**
**8201 Peters Rd Suite 1000**
**Plantation, FL 33324**

Date(s) debt was incurred  **10/17/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$51,630.00**

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Angela Wood Tax Collector**
**280 N. College**
**Suite 202**
**Fayetteville, AR 72791**

Date(s) debt was incurred  **4/1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$57,963.47**

---

| Debtor | **NanoMech, Inc.** | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,835.44** |
|---|---|---|---|

**Aramark**
**Aus St. Louis MC Lockbox**
**26792 Network Place**
**Chicago, IL 60673-1792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/29/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,412.15** |
|---|---|---|---|

**Arkansas Blue Cross Blue Shield**
**PO Box 3590**
**Little Rock, AR 72203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/26/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Arkansas Granite & Marble LLC**
**2102 Long Street**
**Springdale, AR 72764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/30/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,748.92** |
|---|---|---|---|

**Arkansas Science and Technology Authority**
**ATNN: Vice President of Commercialization**
**900 West Capital, Suite 320**
**Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/2018

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**Arkansas Trucking Association**
**PO Box 3476**
**Little Rock, AR 72203-3476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00** |
|---|---|---|---|

**Arvest Bank - Loan**
**201 W Walnut St.**
**PO Box 940**
**Rogers, AR 72756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.73** |
|---|---|---|---|

**AT&T**
**PO Box 105414**
**Atlanta, GA 30348-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/19/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NanoMech, Inc.** | Case number (if known) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avalara**
**255 S. King St**
**Ste. 1800**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,114.24 |
|---|---|---|---|

**Axel Royal LLC**
**PO Box 3308**
**Tulsa, OK 74101**

Date(s) debt was incurred  3/13/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,545.00 |
|---|---|---|---|

**Axxess Chemicals, LLC**
**98 Village Center Drive**
**Building C, Unit 3**
**Freehold, NJ 07728**

Date(s) debt was incurred  11/21/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,099.00 |
|---|---|---|---|

**Bargo Engineering, Inc.**
**P.O. Box 226**
**Fayetteville, AR 72702**

Date(s) debt was incurred  11/20/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,827.24 |
|---|---|---|---|

**Barton Solvents Inc.**
**P.O. Box 711**
**Eldorado, KS 67042-0711**

Date(s) debt was incurred  12/26/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,882.01 |
|---|---|---|---|

**Bearing Service & Supply Inc.**
**PO Box 7750**
**Shreveport, LA 71137-7750**

Date(s) debt was incurred  12/5/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Benjamin Wurts**
**1120 Park Avenue**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|---|

Name

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,291.36** |
|---|---|---|---|

**Black Hills Energy**
**PO Box 6001**
**Rapid City, SD 57709-6001**

Date(s) debt was incurred  4/11/2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,692.51** |
|---|---|---|---|

**Blades Landscaping Service**
**PO Box 8838**
**Fayetteville, AR 72703-8838**

Date(s) debt was incurred  2/1/2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$601.20** |
|---|---|---|---|

**Borchers  Americas, Inc.**
**PO Box 6066N**
**Cleveland, OH 44193**

Date(s) debt was incurred  12/10/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$379.00** |
|---|---|---|---|

**Brainerd Chemical Company, Inc.**
**P.O. Box 52160**
**Tulsa, OK 74152-2160**

Date(s) debt was incurred  1/17/2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,820.10** |
|---|---|---|---|

**Brenntag Specialties, Inc.**
**PO Box 780510**
**Philadelphia, PA 19178-0510**

Date(s) debt was incurred  1/14/2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Brewster Jennings**
**16 The Spur**
**Oyster Bay, NY 11771**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Brookwood Hill Group, Inc.**
**4060 #D Peachtree Road**
**Atlanta, GA 30319**

Date(s) debt was incurred  9/30/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NanoMech, Inc.** | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|

Name

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,685.52** |
|---|---|---|---|

**Century Link/Level 3 Communications**
**PO Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Charles Brisbane**
**10 Valley Road**
**Locust Valley, NY 11560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.00** |
|---|---|---|---|

**Charts Ltd.**
**2031 Trade Drive**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$895.44** |
|---|---|---|---|

**Chem-Aqua**
**PO Box 971269**
**Dallas, TX 75397-1269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2018

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,966.25** |
|---|---|---|---|

**ChemServe**
**906 Loyola Drive**
**Little Rock, AR 72211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/22/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**City of Springdale**
**City Clerk-Business License Division**
**201 Spring Street**
**Springdale, AR 72764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/21/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$564.00** |
|---|---|---|---|

**Cogency Global Inc.**
**PO Box 3168**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NanoMech, Inc.** | Case number (*if known*) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Conference Group, LLC**
**Accounts Receivable**
**254 Chapman Road**
**Neward, DE 19702**

Date(s) debt was incurred  1/1/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$16.55**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Container Supply, Inc.**
**PO Box 18224**
**Oklahoma City, OK 73154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.40**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Core Business Solutions, Inc.**
**PO Box 631**
**Lewisburg, PA 17837**

Date(s) debt was incurred  1/1/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,797.20**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Cornelia Jennings**
**214 Feeks Lane**
**Mill Neck, NY 11765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Council on Competitiveness**
**Attn:  Marcy Jones**
**900 17th Street, N.W. Suite 700**
**Washington, DC 20006**

Date(s) debt was incurred  11/29/2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Court House Concepts**
**4250 N Venetian Lane**
**Fayetteville, AR 72703**

Date(s) debt was incurred  12/2/2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Cox Communications**
**PO Box 248871**
**Oklahoma City, OK 73124-8811**

Date(s) debt was incurred  3/2/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,717.41**

---

| Debtor | **NanoMech, Inc.** | Case number (if known) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,357.26** |
|---|---|---|---|

**CT Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197-4349**

Date(s) debt was incurred  **3/1/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$548.94** |
|---|---|---|---|

**Culligan of NW Arkansas**
**PO Box 2932**
**Wichita, KS 67201-2932**

Date(s) debt was incurred  **12/31/2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$122.82** |
|---|---|---|---|

**Custom Electronics, Inc**
**PO Box 9750**
**Fayetteville, AR 72703**

Date(s) debt was incurred  **4/1/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,535.10** |
|---|---|---|---|

**Custom Pak Products Inc.**
**N118 W18981 Bunsen Dr.**
**Germantown, WI 53022**

Date(s) debt was incurred  **2/19/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000,000.00** |
|---|---|---|---|

**Dan Carroll**
**671 Orchard Ridge Rd.**
**Bloomfield Hills, MI 48304**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Delaware Secretary of State**
**- Division of Corporations**
**PO Box 5509**
**Binghamton, NY 13902-5509**

Date(s) debt was incurred  **2/1/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86.10** |
|---|---|---|---|

**Delta--Dental**
**P.O. Box 1789**
**Lowell, AR 72745**

Date(s) debt was incurred  **4/1/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | Case number (*if known*) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.66** |
|---|---|---|---|

**Delta--Vision**
P.O. Box 1789
Lowell, AR 72745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/1/2019**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,208.00** |
|---|---|---|---|

**Deltech--Thibaut & Walker**
62379 Collections Center Dr
Chicago, IL 60693-0623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/21/2019**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,247.99** |
|---|---|---|---|

**DHL Express - USA**
16592 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/6/2019**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,236.97** |
|---|---|---|---|

**Dura Chemicals, Inc.**
2200 Powell St.
Suite 450
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/27/2018**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,499.86** |
|---|---|---|---|

**FedEx**
P.O. Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/24/2019**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,597.20** |
|---|---|---|---|

**FedEx Freight**
DEPT CH PO Box 10306
Paltine, IL 60055-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/24/2019**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,490.88** |
|---|---|---|---|

**Fischbach USA Inc**
1019 Solutions Center
Chicago, IL 60677-1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/1/2019**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NanoMech, Inc.** | Case number (*if known*) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Fitz Chem Corporation**
**PO Box 775812**
**Chicago, IL 60677-5812**

Date(s) debt was incurred  **1/9/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$456.55

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Freeman**
**Attn:  Exhibit Services**
**841 Joseph E Lowery Blvd NW**
**Atlanta, GA 30318**

Date(s) debt was incurred  **3/18/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$371.25

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Frost & Sullivan**
**P.O. Box 337**
**San Antonio, TX 78292-0337**

Date(s) debt was incurred  **11/29/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Georgia Dept of Revenue--Sales Tax**


Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$619.06

---

**3.66**

**Nonpriority creditor's name and mailing address**

**GM Financial**
**PO Box 1510**
**Cockeysville, MD 21030**

Date(s) debt was incurred  **3/28/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$460.74

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Grainger**
**Attn:  Accts Rec**
**W1N.F15**
**Janesville, WI 53546**

Date(s) debt was incurred  **1/30/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$167.55

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Graphite Machining, Inc.**
**240 Main St.**
**Topton, PA 19562**

Date(s) debt was incurred  **2/1/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,539.20

---

| Debtor | **NanoMech, Inc.** | Case number (*if known*) | **19-10851 (CSS)** |

Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,773.69** |

**Greenleaf Corporation.**
PO BOX 74815
Cleveland, OH 44194-4815

Date(s) debt was incurred  __2/4/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,010.85** |

**Greif Packaging LLC**
PO Box 88879
Chicago, IL 60695-1879

Date(s) debt was incurred  __2/11/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.69** |

**GWS Tool Group**
595 County Road 448
Tavares, FL 32778

Date(s) debt was incurred  __2/7/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,490.71** |

**Harwood International Center I L.P.**
c/o Harwood International, Inc.
2501 North Harwood, 14th Floor
Dallas, TX 75201

Date(s) debt was incurred  __12/19/2018__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |

**Hogan Taylor**
PO Box 1481
Lowell, AR 72745

Date(s) debt was incurred  __11/30/2018__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$456.19** |

**Hoist Plus**
12869 141 Street
Edmonton, Alberta T5L-4NL
CANADA

Date(s) debt was incurred  __2/19/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |

**Ignite Springdale**
Springdale Chamber of Commerce
PO Box 166
Springdale, AR 72765

Date(s) debt was incurred  __4/25/2017__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | Case number (*if known*) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,558.12** |
|---|---|---|---|

**Inland Waste Solutions**
**7247 Delainey Court**
**Sarasota, FL 34240**

Date(s) debt was incurred  **2/1/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,258.00** |
|---|---|---|---|

**Ionbond, LLC**
**PO Box 772217**
**Detroit, MI 48277-2217**

Date(s) debt was incurred  **3/6/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,680.96** |
|---|---|---|---|

**IPFS Corporation**
**PO Box 730223**
**Dallas, TX 75373-0223**

Date(s) debt was incurred  **4/10/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,143.51** |
|---|---|---|---|

**ISCAR Metals**
**PO Box 911418**
**Dallas, TX 75391-1418**

Date(s) debt was incurred  **3/22/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,192.54** |
|---|---|---|---|

**JLL--Guggenheim Concourse L.P.**
**P.O. Box 74369**
**Cleveland, OH 44194-0002**

Date(s) debt was incurred  **1/1/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**John Acker**
**218 N. Dianthus St.**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**John D. Bertuzzi**
**Revocable Trust**
**9 Binney Lane**
**Old Greenwich, CT 06870**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | Case number (if known) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$302.29** |
| | **Johnston Industrial Supply** | ☐ Contingent | |
| | **3121 E. Cairo** | ☐ Unliquidated | |
| | **Sprngfield, MO 65802** | ☐ Disputed | |
| | Date(s) debt was incurred  11/30/2018 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
| | **Kamlakar Rajurkar** | ☐ Contingent | |
| | **7308 Skyhawk Circle** | ☐ Unliquidated | |
| | **Lincoln, NE 68506** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,135.24** |
| | **LinkEX** | ☐ Contingent | |
| | **PO Box 733503** | ☐ Unliquidated | |
| | **Dallas, TX 75373-3503** | ☐ Disputed | |
| | Date(s) debt was incurred  1/18/2019 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$336.80** |
| | **LogMeIn--GetGo, Inc.** | ☐ Contingent | |
| | **PO Box 50264** | ☐ Unliquidated | |
| | **Los Angeles, CA 41080-5672** | ☐ Disputed | |
| | Date(s) debt was incurred  3/8/2019 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,289.60** |
| | **Lubricating Specialties Co.** | ☐ Contingent | |
| | **PO Box 51681** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051-5981** | ☐ Disputed | |
| | Date(s) debt was incurred  1/23/2019 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,745.91** |
| | **Manpower US, Inc** | ☐ Contingent | |
| | **21271 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1212** | ☐ Disputed | |
| | Date(s) debt was incurred  1/27/2019 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,410.94** |
| | **Maroon Group, LLC** | ☐ Contingent | |
| | **PO Box 77096** | ☐ Unliquidated | |
| | **Cleveland, OH 44194-7096** | ☐ Disputed | |
| | Date(s) debt was incurred  3/6/2019 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | Case number (*if known*) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$614.00**

**Mass-Vac Inc.**
**247 Rangeway Rd**
**PO Box 359**
**N Billerica, MA 01862-0359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/5/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,171.54**

**Matheson**
**2221 Davis Blvd.**
**Joplin, MO 64804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/28/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,473.39**

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.80**

**Michigan Department of Treasury**
**Michigan  Department of Treasury**
**P.O. Box 30199**
**Lansing, MI 48909-7699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.71**

**Missouri Dept. of Revenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219.50**

**Modern Fence of NWA**
**1864 Ford Avenue**
**Springdale, AR 72764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/4/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$306.42**

**Motion Industries**
**PO Box 849737**
**Dallas, TX 75284-9737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/26/2019

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NanoMech, Inc.** | Case number (*if known*) | **19-10851 (CSS)** |
|---|---|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,401.00** |
|---|---|---|---|
| | **Mountain Road Properties, LLC** <br> **1671 East Mountain Road** <br> **Springdale, AR 72764** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **4/30/2019** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.15** |
|---|---|---|---|
| | **Multi-Craft Contractors, Inc.** <br> **P.O. Box 1760** <br> **Springdale, AR 72765-1760** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **11/7/2018** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **NanoBusiness Commercialization Assoc.** <br> **4 Research Dr.** <br> **Suite 402** <br> **Shelton, CT 06484** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/1/2019** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **National Philanthropic Trust** <br> **Waring & Carmen Patridge FDN** <br> **Katie S. Galeone, Esq.** <br> **165 Township Line Rd., Ste. 1200** <br> **Jenkintown, PA 19046** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$995.00** |
|---|---|---|---|
| | **NLGI** <br> **118 N. Conistor St, Ste B-281** <br> **Liberty, MO 64068** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/1/2019** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.92** |
|---|---|---|---|
| | **NorBlast** <br> **Via F.lli Carpigiani y (z.i. Roveri)** <br> **40138 Bologna** <br> **ITALY** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **2/1/2019** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$665.00** |
|---|---|---|---|
| | **NSF International** <br> **Dept. Lockbox # 771380** <br> **PO Box 77000** <br> **Detroit, MI 48277-1380** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/1/2019** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **NanoMech, Inc.**
_____
Name

Case number (*if known*)  **19-10851 (CSS)**

| | | |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,048.55** |

**NWA Logistics Group, LLC**
**2111 S 8th St.**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2019**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,695.41** |

**Oakland Lubrication Company, Inc.**
**PO Box 679**
**Nixa, MO 65714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/2019**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,976.96** |

**Oliver H Van Horn Co. LLC**
**LockBox Acct:**
**PO 733455**
**Dallas, TX 75373-3455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2018**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.88** |

**Ozark Fluid Power, Inc.**
**10801 Otter Creek EAst Blvd.**
**Mabelvale, AR 72103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2018**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,307.43** |

**Ozarks Electric**
**Box 848**
**Fayetteville, AR 72702-0848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2019**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,654.42** |

**Palbit, S.A.**
**PO Box No 4 Palhal**
**3854-908 Branca Alb Portugal**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2018**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,603.20** |

**Palmer Holland, Inc.**
**Dept 781606**
**PO Box 78000**
**Detroit, MI 48278-1606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/21/2018**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NanoMech, Inc.** | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,912.71**

**Parkway Plastics, Inc.**
**561 Stelton Road**
**Piscataway, NJ 08854**

Date(s) debt was incurred **12/6/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,466.61**

**People Source**
**2925 United Founders Blvd**
**Oklahoma City, OK 73112**

Date(s) debt was incurred **12/11/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.55**

**Perma USA**
**2129 Center Park Drive**
**Charlotee, NC 28217**

Date(s) debt was incurred **4/1/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,765.00**

**Petro Lubricant Testing Laboratories, In**
**P.O. Box 300**
**Lafayette, NJ 07848**

Date(s) debt was incurred **12/20/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Philip McCluskey**
**11653 Millennium Parkway**
**Plainfield, IL 60585**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213.99**

**Premier Systems, Inc.**
**3001 E Plano Pkwy Ste 200**
**Plano, TX 75074**

Date(s) debt was incurred **11/20/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,221.56**

**Primus Coating**
**PO Box 22714**
**Knoxville, TN 37933**

Date(s) debt was incurred **2/4/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | Case number (if known) | **19-10851 (CSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,787.00** |
| --- | --- | --- | --- |
| | **Quadrivium Inc.**<br>**PO Box 6572**<br>**Springdale, AR 72766** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/11/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.42** |
| --- | --- | --- | --- |
| | **Raymond Leasing Corporation**<br>**Accounts Receivable**<br>**PO Box 301590**<br>**Dallas, TX 75303-1590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/28/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,579.07** |
| --- | --- | --- | --- |
| | **Red Ball Oxygen**<br>**PO Box 46166**<br>**Houston, TX 77210-6166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/12/2018** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,586.99** |
| --- | --- | --- | --- |
| | **Reliance Standard Life**<br>**PO Box 3124**<br>**Southeastern, PA 19398-3124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/1/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
| --- | --- | --- | --- |
| | **Rick & Ellen Barrows**<br>**Revocable Trust**<br>**3829 Thornbury Dr**<br>**Springdale, AR 72764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,516.44** |
| --- | --- | --- | --- |
| | **Rose Plastic USA, LLLP**<br>**P.O. Box 643658**<br>**Pittsburg, PA 15264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/25/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
| --- | --- | --- | --- |
| | **SAEV Guernsey Holdings Limited.**<br>**PO Box 255**<br>**Trafalgar Court. Les Banques**<br>**St Peter Port, Guernsey GY13QL** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/1/2016** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|---|

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,632.01**

**Saia Motor Freight Line, LLC**
P.O. Box 730532
Dallas, TX 75373-0532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,872.94**

**Sarmasag Tool Manufacturing, Inc.**
15504 MaGee St.
Houston, TX 77032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/21/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,672.19**

**Security Bank Card**
P.O. Box 6139
Norman, OK 73070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136.00**

**Shaw Material Handling Systems, Inc.**
PO Box 872700
Kansas City, MO 64187-2700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2019**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$464.52**

**Sigma-Aldrich**
P.O. Box 535182
Atlanta, GA 30353-5182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2019**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.00**

**SkyBitz**
Dept CH 19380
Palatne, IL 6055-9380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/7/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.00**

**Smithers Quality Assessments**
121 South Main Street
Suite 300
Akron, OH 44308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2019**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **NanoMech, Inc.** | Case number (if known) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,004.30**

**Southeastern Freight Lines**
P.O. Box 100104
Columbia, SC 29202-3104

Date(s) debt was incurred __12/31/2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,683.36**

**Specialty Chemical Sales, Inc.**
4561 West 160th Street
Cleveland, OH 44135-2647

Date(s) debt was incurred __11/2/2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,904.00**

**Specialty Lubricants Corp**
8300 Corporate Park Drive
Macedonia, OH 44056

Date(s) debt was incurred __2/13/2019__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$932.75**

**Spectrum--Time Warner Cable**
**Business Class**
P.O. Box 60074
City of Industry, CA 91716-0074

Date(s) debt was incurred __1/26/2019__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Springdale Chamber of Commerce**
P O Box 166
Springdale, AR 72765

Date(s) debt was incurred __12/1/2017__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.77**

**Springdale Water**
P.O. Box 769
Springdale, AR 72765

Date(s) debt was incurred __4/10/2019__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$201.65**

**Star Mechanical Supply**
PO Box 109
Springdale, AR 72765-0109

Date(s) debt was incurred __2/11/2019__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **NanoMech, Inc.** | Case number _(if known)_ | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,042.26** |
|---|---|---|---|

**Swagelok Little Rock Valve & Fitting**
P.O. Box 19355
Lenexa, KS 66215

Date(s) debt was incurred  1/15/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$178.34** |
|---|---|---|---|

**Swanson's Welding & Fabrication, Inc.**
PO Box 7630
Springdale, AR 72766

Date(s) debt was incurred  2/7/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$724.36** |
|---|---|---|---|

**System Scale Corporation**
PO Box 733482
Dallas, TX 75373-3482

Date(s) debt was incurred  12/18/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$358.50** |
|---|---|---|---|

**TDS Service**
2515 N Shiloh Dr.
Fayetteville, AR 72704

Date(s) debt was incurred  1/23/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$257.20** |
|---|---|---|---|

**Technotrade International**
7 Perimeter Rd
Manchester, NH 03103-3343

Date(s) debt was incurred  1/3/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,121.60** |
|---|---|---|---|

**Terra Firma**
3800 Maple Ave, STE 820
Dallas, TX 75219

Date(s) debt was incurred  12/12/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,084.87** |
|---|---|---|---|

**TFM Truckload LLC**
PO Box 645744
Pittsburg, PA 15264-5255

Date(s) debt was incurred  1/23/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.146** | **Nonpriority creditor's name and mailing address**
**Trioscience & Engineering, Inc.**
P.O. Box 70086
Darmouth, MA 02747

Date(s) debt was incurred  **11/8/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$21,955.02**

---

**3.147** | **Nonpriority creditor's name and mailing address**
**True Commerce**
NW 6199
PO Box 1450
Minneapolis, MN 55485-6199

Date(s) debt was incurred  **2/1/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$460.74**

---

**3.148** | **Nonpriority creditor's name and mailing address**
**UL Information & Insights**
23 British American Blvd
Latham, NY 12110

Date(s) debt was incurred  **11/15/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,854.00**

---

**3.149** | **Nonpriority creditor's name and mailing address**
**Uline**
PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred  **2/22/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$910.86**

---

**3.150** | **Nonpriority creditor's name and mailing address**
**Ultra-met Carbide Technologies**
720 North Main St.
Urbana, OH 43078

Date(s) debt was incurred  **1/2/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,824.39**

---

**3.151** | **Nonpriority creditor's name and mailing address**
**University of Arkansas**
Treasurer's Office
P.O. Box 1404
Fayetteville, AR 72701

Date(s) debt was incurred  **12/10/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$455.00**

---

**3.152** | **Nonpriority creditor's name and mailing address**
**UPS**
Lockbox 577
Carol Stream, IL 60132-0577

Date(s) debt was incurred  **2/16/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$719.58**

---

| Debtor | **NanoMech, Inc.** | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.00**

**Valve World Expo Americas**
**Messe Dusseldorf North America Inc**
**150 N Michigan Avenue**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2019

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$366,255.93**

**VENDORS 1-16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  —

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,131.07**

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/15/2019

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,693.17**

**VWR International**
**PO Box 640169**
**Pittsburgh, PA 15264-0169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2018

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000,000.00**

**Waring & Carmen Partridge**
**Foundation**
**P.O. Box 8**
**Kingsville, TX 78364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.80**

**Western First Aid & Safety**
**Lockbox PO Box 734514**
**Dallas, TX 75373-4514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2019

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00**

**WhyteSpyder Inc**
**1023 E Millsap Ste. #1**
**Fayetteville, AR 72703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/23/2019

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | Case number (if known) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
| | **Wince-Smith, Deborah** | ☐ Contingent | |
| | **1315 Merrie Ridge Rd.** | ☐ Unliquidated | |
| | **McLean, VA 22101** | ☐ Disputed | |
| | Date(s) debt was incurred  6/30/2018 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,201.06** |
| | **Worldwide Express** | ☐ Contingent | |
| | **PO Box 733360** | ☐ Unliquidated | |
| | **Dallas, TX 75373** | ☐ Disputed | |
| | Date(s) debt was incurred  12/12/2018 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.20** |
| | **WPC Powder Coating** | ☐ Contingent | |
| | **PO Box 242** | ☐ Unliquidated | |
| | **Tontitown, AR 72770** | ☐ Disputed | |
| | Date(s) debt was incurred  3/7/2019 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,044.77** |
| | **WR Grace & Co - Conn** | ☐ Contingent | |
| | **16335 Collections Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred  1/5/2019 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,490.70** |
| | **Wright, Lindsey & Jennings LLP** | ☐ Contingent | |
| | **200 West Capitol Ave., Ste 2300** | ☐ Unliquidated | |
| | **Little Rock, AR 72201-3699** | ☐ Disputed | |
| | Date(s) debt was incurred  6/15/2018 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,182.77** |
| | **Xerox Corporation** | ☐ Contingent | |
| | **PO Box 802555** | ☐ Unliquidated | |
| | **Chicago, IL 60680-2555** | ☐ Disputed | |
| | Date(s) debt was incurred  3/1/2019 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,397.35** |
| | **YRC** | ☐ Contingent | |
| | **PO Box 730375** | ☐ Unliquidated | |
| | **Dallas, TX 75373-0375** | ☐ Disputed | |
| | Date(s) debt was incurred  2/1/2019 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order** any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no one needs to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | Case number (if known) | **19-10851 (CSS)** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,395,799.99 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,395,799.99 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>NanoMech, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-10851 (CSS)</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease 505 Butterfield Springdale, AR** | |
| | State the term remaining | **Expires 7/31/2019** | **Arkansas Granite & Marble LLC 2102 Long Street Springdale, AR 72764** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease 2651 N. Harwood Suite 450 Dallas, TX 75201** | |
| | State the term remaining | **Expires 9/1/2020** | **Guggenheim Partners LLC Jones Lang LaSalle Attn: Managing Director/Property Mngr 1400 Post Oak Blvd., Ste. 1100 Houston, TX 77057** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease 4700 W. Sam Houston Parkway** | |
| | State the term remaining | **Expires  4/30/2020** | **Harwood Intl Center I, L.P. c/o Harwood Intl Inc. 2501 North Harwood, 14th Floor Dallas, TX 75201** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease 2231 East Mountain Road Springdale, AR** | |
| | State the term remaining | **Expires 9/1/2020** | **Mountain Road Properties, LLC Attn: Jeff Gardner 1671 East Mountain Road Springdale, AR 72764** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **University of Arkansas** |
| | | | **Treasure's Office - Board of Trustees** |
| | List the contract number of any government contract | | **PO Box 1404** |
| | | | **Fayetteville, AR 72701** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office space** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/31/2019** | **WeWork** |
| | | | **1449 Woodward Avenue Tenant LLC** |
| | List the contract number of any government contract | | **19 Clifford St.** |
| | | | **Detroit, MI 48226** |

**Fill in this information to identify the case:**

Debtor name  **NanoMech, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-10851 (CSS)**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Wyatt Watkins** | **5445 Chardonnay Court Rogers, AR 72758**<br><br>**GMC Truck Loan** | **GMC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **NanoMech, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-10851 (CSS)**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$7,616,007.42** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.   **Lubricating Specialties Co.** | 4/29/2019 | $38,553.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Axxess Chemicals, LLC** | **4/9/2019** | **$26,785.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **IPFS Corporation** | **4/9/2019** | **$12,957.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Quadrivium Inc.** | **4/9/2019** | **$8,198.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Axxess Chemicals, LLC** | **4/8/2019** | **$26,785.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Lubricating Specialities, Co.** | **4/5/2019** | **$26,235.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **OCE Enterprises, LLC** | **4/3/2019** | **$8,861.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Axel Royal LLC** | **3/29/2019** | **$56,543.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Arkansas Blue Cross Blue Shield** | **3/26/2019** | **$34,567.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **Axel Royal LLC** | **3/25/2019** | **$285,932.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Ozarks Electric** | **3/25/2019** | **$7,750.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Palbit, S.A** | **3/15/2019** | **$12,452.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Axel Royal LLC** | **3/13/2019** | **$81,612.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Arvest Bank**<br>**415 W. Emma Street**<br>**Springdale, AR 72764** | **3/11/2019** | **$13,137.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Lansco Colors** | **3/11/2019** | **$21,594.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Lubricating Specialities, Co.** | **3/11/2019** | **$32,114.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **OCE Enterprises, LLC** | **3/11/2019** | **$7,991.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **NanoMech, Inc.**                                              Case number *(if known)*    **19-10851 (CSS)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.18. **Rhineback Technical Consulting** | **3/11/2019** | **$15,815.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.19. **Allegheny Petroleum** | **3/5/2019** | **$16,414.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. **Arkansas Blue Cross Blue Shield** | **3/5/2019** | **$37,104.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. **Arvest Bank**<br>**415 W. Emma Street**<br>**Springdale, AR 72764** | **3/5/2019** | **$14,337.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22. **Berlin Packaging LLC** | **3/5/2019** | **$17,950.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23. **Berline** | **3/5/2019** | **$12,300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.24. **Bernard Laboratories, Inc.** | **3/5/2019** | **$10,994.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.25. **Conners Wnters LLP** | **3/5/2019** | **$30,192.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Advantage Capital Notes** |

| Debtor | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.26. **Eldridge Brooks Partners** | **3/5/2019** | **$19,010.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Fluid-Bag** | **3/5/2019** | **$9,932.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **IPFS Corporation** | **3/5/2019** | **$12,340.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **LP Foster Rail Technologies** | **3/5/2019** | **$9,645.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Axel Royal LLC** | **3/1/2019** | **$20,381.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Ozarks Electric** | **3/1/2019** | **$9,629.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **Michaelson Capital Special Finance Fund, LLP** | **2/27/2019** | **$272,711.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **Axel Royal LLC** | **2/22/2019** | **$181,551.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.34<br>. **IPFS Corporation** | **2/22/2019** | **$12,957.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35<br>. **Almustafa El Hillo** | **2/15/2019** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer Fee Series D Investment** |
| 3.36<br>. **Axel Royal LLC** | **2/15/2019** | **$97,179.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37<br>. **Arkansas Blue Cross Blue Shield** | **2/4/2019** | **$34,109.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38<br>. **Michaelson Capital Special Finance Fund, LLP** | **2/1/2019** | **$331,340.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Issue of warrants to Michaelson Capital 2M loan** |
| 3.39<br>. **OCE Enterprises, LLC** | **2/1/2019** | **$7,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40<br>. **Arkansas Blue Cross Blue Shield** | **1/30/2019** | **$33,029.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41<br>. **Eldridge Brooks Partners** | **1/25/2019** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **NanoMech, Inc.** | | Case number *(if known)* | **19-10851 (CSS)** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.42. **Ozarks Electric** | **1/23/2019** | **$9,357.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **Axxess Chemical** | **1/22/2019** | **$26,760.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. **Allegheny Petroleum** | **1/21/2019** | **$11,595.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. **Palmer Holland, Inc.** | **1/21/2019** | **$14,801.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. **Arvest Bank**<br>**415 W. Emma Street**<br>**Springdale, AR 72764** | **1/18/2019** | **$12,811.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. **Eldridge Brooks Partners** | **1/18/2019** | **$44,494.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. **Almustafa El Hillo** | **1/15/2019** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **NanoMech, Inc.** | Case number *(if known)* | **19-10851 (CSS)** |
|---|---|---|---|

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **James Phillips**<br>**29 Nottingham Lane**<br>**Rogers, AR 72758**<br>**Former CEO/Chairman of Board** | **3/12/2019** | **$165,481.96** | **Salary, expenses, loan repayment** |
| 4.2. | **Ajay Malshe**<br>**4105 Georgia Street**<br>**Springdale, AR 72762**<br>**Former CTO/Board Member** | **5/16/2018** | **$189,343.26** | **Loan Repayment** |
| 4.3. | **Deborah Wince Smith**<br>**1315 Merrie Ridge Rd.**<br>**Mc Lean, VA 22101**<br>**Current Board Member** | | **$82,279.83** | **Board Member Fees Stock Option Expense** |
| 4.4. | **Arpana Verma**<br>**9723 Painted Stone Court**<br>**Cypress, TX 77423**<br>**Employee** | **4/15/2018-**<br>**4/15/2019** | **$240,855.27** | **Salary, expenses** |
| 4.5. | **James Phillips**<br>**29 Nottingham Lane**<br>**Rogers, AR 72758** | **3/11/2019** | **$10,607.34** | **401K match** |
| 4.6. | **James Phillips**<br>**29 Nottingham Lane**<br>**Rogers, AR 72758** | **3/1/2019** | **$400,000.00** | **Severence Agreement** |
| 4.7. | **James Phillips**<br>**29 Nottingham Lane**<br>**Rogers, AR 72758** | **2/28/2019** | **$6,821.49** | **Payroll taxes correction severance payment** |
| 4.8. | **James Phillips**<br>**29 Nottingham Lane**<br>**Rogers, AR 72758** | **2/28/2019** | **$155,283.39** | **Loan repayment** |
| 4.9. | **James Phillips**<br>**29 Nottingham Lane**<br>**Rogers, AR 72758** | **2/28/2019** | **$10,296.39** | **LT Liab- note payable** |
| 4.10<br>. | **James Phillips**<br>**29 Nottingham Lane**<br>**Rogers, AR 72758** | **2/28/2019** | **$158,660.47** | **Initial serverance payment** |
| 4.11<br>. | **James Phillips**<br>**29 Nottingham Lane**<br>**Rogers, AR 72758** | **2/28/2019** | **$186,056.14** | **Initial serverance package** |
| 4.12<br>. | **Eldridge Brooks Partners** | **2/21/2019** | **$27,235.57** | |
| 4.13 | **Greg Schwartz** | **10/5/2018** | **$11,804.48** | |
| 4.14<br>. | **Deborah Wince Smith**<br>**1315 Merrie Ridge Rd.**<br>**Mc Lean, VA 22101** | **10/2/201/8** | **$40,000.00** | |
| 4.15 | **Sayed Hadi Kadhem Jaafar** | **9/18/2018** | **$15,080.42** | **Travel reimbursement** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **NanoMech, Inc.**                                    Case number *(if known)*  **19-10851 (CSS)**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.16 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **8/31/2018** | **$18,441.57** | **Salary Deferral** |
| 4.17 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **7/31/2018** | **$18,441.67** | **Salary Deferral** |
| 4.18 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **5/31/2018** | **$23,500.00** | **Council on Competitiveness** |
| 4.19 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **5/29/2018** | **$65,434.20** | |
| 4.20 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **5/22/2018** | **$7,772.35** | |
| 4.21 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **5/22/2018** | **$7,772.35** | |
| 4.22 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **5/18/2018** | **$76,643.83** | **Repayment of loan date Feb. 2, 2018** |
| 4.23 · | **Deborah Wince Smith** **1315 Merrie Ridge Rd.** **Mc Lean, VA 22101** | **5/18/2018** | **$40,000.00** | |
| 4.24 · | **Ajay Malshe** **4105 Georgia Street** **Springdale, AR 72762** | **5/16/2018** | **$189,343.26** | **Loan repayment** |
| 4.25 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **4/30/2018** | **$36,883.33** | **Salary Deferral** |
| 4.26 · | **James Phillips** **29 Nottingham Lane** **Rogers, AR 72758** | **4/20/2018** | **$35,386.08** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | **NanoMech, Inc.** | Case number *(if known)* | **19-10851 (CSS)** |

---

<div style="background:black;color:white">**Part 3:**</div>   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cintas Corporation vs. NanoMech, Inc.**<br>**CV-17-1308-1** | **Termination of Contract Dispute** | **Washington County Circuit Court**<br>**280 N. College Ave.**<br>**#302**<br>**Fayetteville, AR 72701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

<div style="background:black;color:white">**Part 4:**</div>   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

<div style="background:black;color:white">**Part 5:**</div>   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

<div style="background:black;color:white">**Part 6:**</div>   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **NanoMech, Inc.**                                          Case number *(if known)*  **19-10851 (CSS)**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Winston & Strawn**<br>**333 S. Grand Ave.**<br>**38th Floor**<br>**Los Angeles, CA 90071** | | **4/8/2019** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Gellert Scali Busenkell &**<br>**Brown, LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **4/9/2019** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Virtually There Holdings**<br>**600 North Lake Shore**<br>**Apt. 912**<br>**Chicago, IL 60611** | | **3/14/2019** | **$37,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Pamela Parizek**<br>**1224 Aldebaran Drive**<br>**Mc Lean, VA 22101** | | | **$1,347.87** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Benjamin Waisbren** | | **4/4/2019** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **NanoMech, Inc.**                                    Case number *(if known)*  **19-10851 (CSS)**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.6. | **Winston & Strawn**<br>**333 S. Grand Ave.**<br>**38th Floor**<br>**Los Angeles, CA 90071** | | **3/15/2019** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.7. | **Virtually There Holdings**<br>**600 North Lake Shore**<br>**Apt. 912**<br>**Chicago, IL 60611** | | **3/11/2019** | **$12,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **NanoMech, Inc.**                                              Case number *(if known)*   **19-10851 (CSS)**

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ■ No Go to Part 10.
  □ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

□ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | Arvest Bank<br>415 W. Emma Street<br>Springdale, AR 72764 | XXXX-6135 | □ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>■ Other **Operating Account** | | $0.00 |
| 18.2. | Arvest Bank<br>415 W. Emma Street<br>Springdale, AR 72764 | XXXX-7840 | □ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>■ Other **Wire Account** | | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

Debtor    **NanoMech, Inc.**                                          Case number *(if known)*    **19-10851 (CSS)**

---

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **NanoMech, Inc. Warehouse 505 Butterfield Coach Road Springdale, AR 72764** | **Wyatt Watkins** | **Inventory** | ☐ No ■ Yes |
| **NanoMech, Inc. Warehouse 2231 East Mountain Road Springdale, AR 72764** | **Wyatt Watkins** | **Inventory** | ☐ No ■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **NanoMech, Inc.**        Case number *(if known)*   **19-10851 (CSS)**

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
|  |  | Do not include Social Security number or ITIN. |
|  |  | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Tammy Ellis** <br> **2269 Clifty Rogers** <br> **Rogers, AR 72756** | **11/2/2015 to 2/8/2019** |
| 26a.2.   **Scott Dendler** <br> **3873 Williams Cove** <br> **Springdale, AR 72764** | **7/18/2016 to 11/10/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Hogan Taylor LLP** <br> **688 E. Millsap** <br> **Suite 203** <br> **Fayetteville, AR 72703** | **2/2012 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.   **Arvest Bank** <br> **415 W. Emma Street** <br> **Springdale, AR 72764** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | NanoMech, Inc. | Case number *(if known)* | 19-10851 (CSS) |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Wyatt Watkins and Hogan Taylor | 12/31/2018 | |
| | Name and address of the person who has possession of inventory records | | |
| | NANOMECH, INC. | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin Waisbren | | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Deborah Wince Smith | 1315 Merrie Ridge Rd. Mc Lean, VA 22101 | Board Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Phillips | 29 Nottingham Lane Rogers, AR 72758 | CEO | need dates |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Arpana Verma | 9723 Painted Stone Court Cypress, TX 77423 | Board Member | need dates |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mike Easterly | 4060 #D Peachtree Rd. Atlanta, GA 303199-3020 | Board Member | Resigned July 24, 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | **NanoMech, Inc.** | Case number *(if known)* **19-10851 (CSS)** |
|---|---|---|

- ☑ No
- ☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

**Name of the pension fund**                          **Employer Identification number of the parent corporation**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/15/2019___

_Wyatt Watkins_                                **Wyatt Watkins**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Senior Vice President of Finance and Operations**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes