**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NANOMECH, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case. No. 19-10851 (JTD)<br><br>Related to Docket Nos. 37, 93, and 100 |

## AMENDED NOTICE OF SALE BY AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE THAT THE DATE OF THE AUCTION, BID DEADLINE AND SALE HEARING HAVE CHANGED**

**PLEASE TAKE NOTICE** that on April 23, 2019, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Debtor's Motion for Entry of (I) An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving The Form And Manner of Notice Thereof, and (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtor and the Purchaser, and (B) Authorizing The Sale Of Substantially All Of The Debtor's Assets Free and Clear Of Liens, Claims, Encumbrances, and Interests, (C) Authoring the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief* [Docket No. 37] (the "**Sale Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, entry of an amended order [Docket No. 100] (the "**Sale Order**") authorizing and approving: (a) the sale of substantially all of the Debtor's assets (the "**Assets**") free and clear of liens, claims, encumbrances, and other interests, with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the sale proceeds, except as set forth in the applicable Purchase Agreement and subject to higher or otherwise better offers (the "**Sale**"); and (b) procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "**Contracts**"). Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court entered an order (the "**Bid Procedures Order**") granting certain of the relief sought in the Sale Motion, including, among other things, approving: (a) the Bid Procedures (the "**Bid Procedures**") for the Sale of the Assets; and (b) procedures for the assumption and assignment of the Contracts (the "**Assumption Procedures**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures, the Debtor was to conduct an Auction, which auction was to take place on June 19, 2019 at 10:00 a.m. (prevailing Eastern Standard Time) and that the Debtor was to seek approval of the Sale at a

---

[1] The last four digits of the Debtor's federal tax identification number are 3143. The Debtor's service address for the purpose of this chapter 11 case is: 2447 Technology Way, Springdale, AR 72764.

hearing scheduled to commence on or before June 24, 2019 at 10:00 (a.m.) (ET). **THESE DATES ARE HEREBY AMENDED.**

**PLEASE TAKE NOTICE** that the amended deadline to submit bids for the Assets in accordance with the bid procedures shall be **July 17, 2019 at 12:00 p.m. (ET)** (the "**Bid Deadline**"). No bid shall be deemed to be a Qualified Bid unless such bid meets the requirements set forth in the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that if a Qualified is received by the Bid Deadline with regard to the Assets, the Debtor will conduct an Auction in accordance with the Bid Procedures, which Auction shall take place on **July 19, 2019 at 10:00 a.m.** (prevailing Eastern Standard Time) at the offices of counsel to the Debtor, Gellert Scali Busenkell & Brown, LLC, 1201 North Orange Street, 3rd Floor, Wilmington, Delaware 19801, or such later time or such other place as the Debtor shall designate and notify to all Qualified Bidders (as defined in the Bid Procedures) who have submitted Qualified Bids. If the Debtor receives no Qualified Bids with regard to any particular Assets (or all of the Assets), (a) the Debtor shall not hold an Auction with respect to such Assets; (b) the Stalking Horse Bid will be the Successful Bid with respect to such Assets; and (c) the Stalking Horse Bidder will be named the Successful Bidder with respect to such Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek approval of the Sale at a hearing scheduled to commence on **July 23, 2019 at 10:00 (a.m.) (ET)** (the "**Sale Hearing**") before the Honorable John T. Dorsey, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at Courtroom No. 4, 824 N. Market St., Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that upon the closing of the Sale, the Debtor intends to assume and assign to the Successful Bidder arising from the Auction (as defined in the Bid Procedures Order), the Contracts and Leases and any modifications thereto (collectively, the "**Assigned Contracts**") set forth on Exhibit A attached hereto, subject to (a) the Successful Bidder's right to designate additional Contracts as Assigned Contracts or remove certain Contracts from the list of Assigned Contracts or (b) any similar right of any other Successful Bidder arising from the Auction. In addition, the cure amounts, if any, that the Debtor believes are necessary for the assumption and assignment of the Assigned Contracts (the "**Cure Amounts**") are set forth on Exhibit A attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, after the Bid Deadline has occurred, the Debtor will separately identify the Contracts designated for assumption and assignment by each Qualified Bidder and furnish adequate assurance information demonstrating the ability of each Qualified Bidder to comply with the requirements of adequate assurance of future performance under section 365(f)(2)(B) of the Bankruptcy Code, including, without limitation, each Qualified Bidder's financial wherewithal and willingness to perform under the Assigned Contracts.

## Obtaining Additional Information

Copies of the Sale Motion, Bid Procedures, and Bid Procedures Order, as well as all related exhibits, including the proposed Sale Order, are available: (a) upon request to counsel to the

Debtor, Michael Busenkell, Esq., MBusenkell@gsbblaw.com, or (b) for a fee via PACER by visiting https://ecf.deb.uscourts.gov/.

### **Filing Assumption and Assignment Objections**

Pursuant to the Assumption Procedures, objections to the proposed assumption and assignment of an Assigned Contract, including any objection relating to the Cure Amount and/or adequate assurance of future performance (collectively, a "**Contract Objection**"), must: (a) be in writing; (b) state with specificity the nature of such objection and alleged Cure Amount, including applicable and appropriate documentation in support of such alleged Cure Amount; (c) comply with the Bankruptcy Rules and the Local Rules; (d) for Contract Objections to any Cure Amount set forth on Exhibit A attached hereto or to the assumption and assignment of an Assigned Contract to the Successful Bidder, be filed with the Court and served so as to be *actually received* on the earlier of **4:00 p.m. (ET) seven days from service of this notice or the Sale Hearing**; and (e) for Contract Objections to the adequate assurance of future performance by a Qualified Bidder, be filed with the Court and served so as to be *actually received* by **July 18, at 4:00 p.m. (ET)**.

Any timely filed Contract Objections made prior to the Sale Hearing will be considered at the Sale Hearing, or another date agreed to by the parties, and must be served on the following parties:

| **Counsel to the Debtor** | **Counsel to Michaelson Capital** |
|---|---|
| Gellert Scali Busenkell & Brown, LLC<br>1201 N. Orange St.<br>3rd Floor<br>Wilmington, Delaware 19801<br>Attn: Michael Busenkell<br>mbusenkell@gsbblaw.com | Otterbourg PC<br>230 Park Avenue<br>New York, New York 10169-0075<br>Attn: Jonathan Helfat<br>jhelfat@otterbourg.com |
| **Counsel to the Official Committee of Unsecured Creditors** | **The United States Trustee** |
|  | Office of the United States Trustee for the District of Delaware<br>J. Caleb Boggs Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Benjamin Hackman |

If any timely filed Contract Objection cannot be resolved by the Successful Bidder arising from the Auction, if any, and the objecting party, the Court shall resolve such Contract Objection prior to assumption and assignment of such designated Contract, and upon entry of an order by the Court resolving such Contract Objection, the assignment, if approved by the Court, shall be deemed effective as of the date such objecting party receives the Assumption Notice. To the extent that any Contract Objection cannot be resolved by the parties, such Contract shall be assumed and assigned only upon satisfactory resolution of the Contract Objection, to be determined in the reasonable discretion of the Successful Bidder arising from the Auction, if any, and until such time

as the Contract Objection can be resolved, the Contract shall be conditionally assumed and assigned pending a resolution of the Contract Objection after notice and a hearing.

### **CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION**

ANY COUNTERPARTY TO AN ASSIGNED CONTRACT WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF AN ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON **EXHIBIT A** ATTACHED HERETO IN ACCORDANCE WITH THE BID PROCEDURES ORDER AND THE ASSUMPTION PROCEDURES SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON **EXHIBIT A** ATTACHED HERETO, INCLUDING ASSERTING ADDITIONAL CURE AMOUNTS WITH RESPECT TO THE ASSIGNED CONTRACT RELATING TO ANY PERIOD PRIOR TO THE TIME OF ASSUMPTION AND ASSIGNMENT.

Dated: June 12, 2019         GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*

Michael Busenkell (DE 3933)
Ronald S. Gellert (DE 4259)
Sara M. Ennis (DE 5745)
Evan W. Rassman (DE 6111)
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
Telephone:  (302) 425-5800
Facsimile:   (302) 425-5814
mbusenkell@gsbblaw.com
rgellert@gsbblaw.com
sennis@gsbblaw.com
erassman@gsbblaw.com

*Counsel to Debtor and Debtor-in-Possession*

# Exhibit A

## Assigned Contracts[2]

| Debtor | Counterparty | Description of Assigned Contract or Lease | Cure Amount |
|---|---|---|---|
| NanoMech, Inc. | FMC Technologies | Supply Agreement | $0.00 |
| NanoMech, Inc. | Walmart, Inc. | Supply Agreement | $0.00 |
| NanoMech, Inc. | Truck-lite Co, LLC | Supply Agreement | $0.00 |
| NanoMech, Inc. | Navistar International Inc. | Supply Agreement | $0.00 |
| NanoMech, Inc. | Arkansas Granite & Marble LLC | Warehouse Lease | $0.00 |
| NanoMech, Inc. | Mountain Road Properties | Warehouse Lease | $0.00 |
| NanoMech, Inc. | WeWork | Office Lease | $5,130.00 |
| NanoMech, Inc. | University of Arkansas | License Agreement | $0.00 |

---

[2] The presence of a contract or lease on this Exhibit A does not constitute an admission by the Debtor that such contract is an executory contract or such lease is an unexpired lease pursuant to section 365 of the Bankruptcy Code or any other applicable law, and the Debtor reserves all rights to withdraw any proposed assumption and assignment or to reject any contract or lease at any time before such contract or lease is assumed and assigned pursuant to an order of the Court.