**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NANOMECH, INC., | Case No. 19-10851 (JTD) |
| Debtor.[1] | Related to Docket No. 180 |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 17, 2019 AT 1:00 P.M. (ET)**

**TO BE HEARD BEFORE THE HONORABLE JOHN T. DORSEY
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, COURTROOM NUMBER 4**

I. **MATTER GOING FORWARD**:

1. Debtor's Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Selection of Stalking Horse Bidder and Related Relief In Connection with Sale of Assets of Debtor [D.I. 178, Filed July 12, 2019].

   Related Documents:

   A. Motion to Shorten Notice with Respect to Debtor's Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Selection of Stalking Horse Bidder and Related Relief in Connection with Sale of Assets of Debtor [D.I. 179, Filed July 12, 2019].

   B. **SIGNED Order Granting Motion to Shorten Notice with Respect to Debtor's Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Selection of Stalking Horse Bidder and Related Relief in Connection with Sale of Assets of Debtor [D.I. 181, Filed July 15, 2019].**

   C. **Notice of Hearing with Respect to Debtor's Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Selection of Stalking Horse Bidder and Related Relief in Connection with Sale of Assets of Debtor [D.I. 182, Filed July 15, 2019].**

   Objection Deadline: At the time of the hearing on July 17, 2019 at 1:00 pm.

---

[1] The last four digits of the Debtor's federal tax identification number is 3143. The Debtor's service address for the purpose of this chapter 11 case is: 2447 Technology Way, Springdale, AR 72764.

[2] AMENDED items are entered in bold.

2

Objections/Responses Filed: None as of the filing of this agenda

Status: This matter is going forward.

| | |
|---|---|
| Dated: July 15, 2019<br>Wilmington, Delaware | GELLERT SCALI BUSENKELL & BROWN, LLC<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell (DE 3933)<br>Ronald S. Gellert (DE 4259)<br>Evan W. Rassman (DE 6111)<br>1201 N. Orange St., Ste. 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimile:  (302) 425-5814<br>Email: mbusenkell@gsbblaw.com<br>         rgellert@gsbblaw.com<br>         erassman@gsbblaw.com<br><br>*Attorneys for Debtor and Debtor-in-Possession* |