# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NANOMECH, INC., | Case No. 19-10851 (JTD) |
| Debtor.[1] | **Objection Deadline: December 4, 2019 at 4:00 p.m. (ET)**<br>**Hearing Date: January 8, 2020 at 10:00 a.m. (ET)** |

## SECOND INTERIM AND FINAL FEE APPLICATION OF SPEYSIDE ADVISORS, LLC, AS FINANCIAL ADVISORS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD APRIL 15, 2019 THROUGH JULY 31, 2019

| | |
|---|---|
| Name of Applicant: | SPEYSIDE ADVISORS, LLC |
| Authorized to provide professional services to: | Debtor |
| Date of retention: | May 7, 2019 nunc pro tunc to April 15, 2019 |
| Period for which compensation and reimbursement is sought: | April 15, 2019 through July 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $100,000.00 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $419.27 |
| This is a: | Final Fee Application |

---

[1] The last four digits of the Debtor's federal tax identification number is 3143. The Debtor's service address for the purpose of this chapter 11 case is: 2447 Technology Way, Springdale, AR 72764.

## COMPENSATION BY PROFESSIONAL

Since the initiation of this engagement, three Speyside professionals have dedicated substantial time and effort to this assignment, specifically, Daniel A. Gillett, H. Gregory Moore and Thomas McClintock. Speyside Advisors is paid a monthly advisory fee of $25,000 under its engagement agreement. By the court order approving the retention of Speyside and the first interim application of Speyside for the period of April 15, 2019 through July 15, 2019, [Dkt No. 342, Filed September 23, 2019], the Debtor paid Speyside their fees and expenses for April 15, 2019 through July 15, 2019, less a $10,000 holdback (20% of the June and July retainers).

This application seeks approval of (i) the total compensation paid to Speyside, (ii) payment of the holdback of $10,000.00, representing 20% of the June and July retainers, netted against the $10,000.00 Expense Retainer for a balance due of $0.00, and (iii) 100% of the final expenses incurred from July 15, 2019 through July 31, 2019 in the amount of $419.27.

## COMPENSATION

| | |
|---|---|
| Total Compensation Earned – April, May, June & July | $100,000.00 |
| Compensation Paid to Date under the Retention and Interim Fee Application | $90,000.00 |
| Remaining Holdback of 20% of June and July Retainers | $10,000.00 |
| Expense Retainer Currently Held | ($10,000.00) |
| **Net Amount Due** | **$    0.00** |

### FINAL EXPENSE SUMMARY

| **Expenses** | **Amount** |
|---|---|
| Meals while traveling | $138.69 |
| FEDEX/printing/presentations | $37.64 |
| Car rental/transportation/mileage/parking/tolls | $242.94 |
| **Remaining Expenses July 15, 2019 through July 31, 2019** | **$419.27** |

## SUMMARY OF FEES AND EXPENSES OF PRIOR APPLICATIONS

| Date & Docket No. Filed | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid |
|---|---|---|---|---|---|---|
| 5/07/2019 D.I. 61 (Approval of Retention Agreement) | 4/15/2019-6/14/2019 | $50,000 .00 (April & May 2019) | $10,000 (retainer against future expenses) | 5/07/2019 D.I. 61 | $50,000.00 | $10,000 (retainer against future expenses) |
| 7/22/2019 D.I. 219 (1st Fee Application) | 6/15/2019-7/31/2019 | $50,000.00 (June & July 2019) | $6,948.56 (100% of total expenses to date) | 8/16//2019 D.I. 272 | $40,000.00 (80%) | $6,948.56 (100% paid to replenish $10,000 Retainer) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NANOMECH, INC., | Case No. 19-10851 (JTD) |
| Debtor.[1] | **Objection Deadline: December 4, 2019 at 4:00 p.m. (ET)**<br>**Hearing Date: January 8, 2020 at 10:00 a.m. (ET)** |

**SECOND INTERIM AND FINAL FEE APPLICATION OF
SPEYSIDE ADVISORS, LLC, AS FINANCIAL ADVISORS
FOR DEBTOR AND DEBTOR-IN-POSSESSION,
FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE
PERIOD APRIL 15, 2019 THROUGH JULY 31, 2019**

Speyside Advisors, LLC ("Speyside"), as Financial Advisors for the above-captioned debtor and debtor-in-possession, NanoMech, Inc. (the "Debtor"), submits this final fee application (the "Application") for allowance of compensation for professional services rendered by Speyside to the Debtor and reimbursement of actual and necessary expenses from the Expense Retainer (as detailed in the Retention Application and Engagement Letter); such expenses as were incurred by Speyside under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and the approved Order Authorizing the Employment of Speyside Advisors, LLC as Financial Advisor and Asset Sale and

---

[1] The last four digits of the Debtor's federal tax identification number is 3143. The Debtor's service address for the purpose of this chapter 11 case is: 2447 Technology Way, Springdale, AR 72764.

4

Financing Advisor to the Debtor Nunc Pro Tunc to Petition Date (the "Administration Order") [D.I. 61 ]. In support of the Application, Speyside submits the affidavit of Daniel A. Gillett attached hereto as Exhibit A. In further support of this Application, Speyside represents as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## FACTUAL BACKGROUND

3. On April 15, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court.

4. The Debtor continues to manage and operate its business as debtor in possession pursuant to Bankruptcy Code sections 1107 and 1108. No trustee or examiner has been requested in the Chapter 11 Case and no committees have yet been appointed.

## SPEYSIDE'S RETENTION

4. By application, filed on April 19, 2019, the Debtor requested authority to retain Speyside as Financial Advisor in connection with the above referenced bankruptcy case [D.I. 30].

5. On May 7, 2019, the Court entered the Order Authorizing Employment of Speyside Advisors, LLC as Financial Advisors and Asset Sale and Financing Advisor to the Debtor Nunc Pro Tunc the Petition Date [D.I. 61).

6. Speyside has continuously provided services to the Debtor in accordance with the Retention Application and Engagement Letter.

7. Notice of this Application has been provided to (a) the Office of the United States Trustee for the District of Delaware; and (b) all parties that have requested notice pursuant to Bankruptcy Rule 2002. The Debtor submits that no other or further notice be provided.

## RELIEF REQUESTED

8. Speyside respectfully requests that it be allowed (i) the total compensation paid to Speyside, (ii) the $10,000 holdback of its fees for June and July 2019, netted against the expense retainer it holds in the amount of $10,000 for a balance due of $0.00 in compensation and (iii) final out-of-pocket expenses in the amount of $419.27.

## SPEYSIDE'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

9. All services for which Speyside requests compensation were performed for or on behalf of the Debtor.

10. As of the date hereof, Speyside has accepted payment from the Debtor for the period of April 15, 2019 through July 15, 2019, less a $10,000.00 holdback, representing 20% of the fees due for June and July 2019. Speyside seeks through this Application, the Approval of (i) the compensation paid to date, plus (ii) the $10,000.00 holdback netted against the Expenses Retainer in the amount of $10,000.00 offsetting the full amount of the holdback which is due and payable upon approval of the Court. There is no agreement or understanding between the Debtor and any other person other than the partners of Speyside for the sharing of compensation to be received for services rendered in this case.

**Actual and Necessary Expenses**

11.     The remaining sum due to Speyside for actual and necessary expenses incurred on behalf of the Debtor is $419.27.  Since Speyside is requesting the full amount of the Expense Retainer be utilized to offset the holdback amount, Speyside is seeking Court Approval the payment of this $419.27 as the final amount due from the Debtor.  In accordance with Local Rule 2016-2(e)(iii), all copy charges are billed no more than $0.10 per page for black & white copies and $.80 for color copies, computer-assisted legal research charges are billed no more than the actual cost, outgoing facsimile transmission charges do not exceed $.25 per page, and there is no charge for incoming facsimiles

12.     Speyside believes the foregoing rates are the market rates that the majority of advisory firms charge clients for such services.

**Summary of Fees and Expenses**

13.     A description of Speyside's fees and expenses is attached hereto as <u>Exhibit B</u> for the period of June 15, 2019 through July 31, 2019. This statement indicates the services performed by category with more detailed identification of the actual services provided.

14.     Speyside has endeavored to represent the Debtor in the most expeditious and economical manner possible.

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware and certifies to the best of his information, knowledge and belief that this application complies with Local Rule 2016-2.

WHEREFORE, Speyside submits this Application and respectfully requests that this Court (i) approve its compensation, (ii) approve the offset of the Expense Retainer of $10,000.00 against the $10,000.00 holdback on compensation (iii) authorize and direct the Debtor to pay to Speyside

the amount of $419.27 for expenses; (iv) grant and enter the order attached hereto as <u>Exhibit C</u> at the Court's earliest convenience; and (v) grant such other relief as this Court deems just and proper.

DATED: NOVEMBER 14, 2019                            */s/ Daniel Gillett*
                                                                 Daniel Gillett
                                                                 Speyside Advisors, LLC