# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NANOMECH, INC., | Case No. 19-10851 (JTD) |
| Debtor.[1] | Objection Deadline: March 5, 2020 at 4:00 p.m. (ET)<br>Hearing Date: March 13, 2020 at 1:00 p.m. (ET) |

**EIGHTH MONTHLY FEE APPLICATION OF
GELLERT SCALI BUSENKELL & BROWN, LLC, AS COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| | |
|---|---|
| Name of Applicant: | GELLERT SCALI BUSENKELL & BROWN, LLC |
| Authorized to provide professional services to: | Debtor and Debtor in Possession |
| Date of retention: | April 9, 2019 nunc pro tunc to April 15, 2019 |
| Period for which compensation and reimbursement is sought: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $13,763.60  (80% of $17,204.50) |
| Amount of reimbursement sought as actual, reasonable and necessary: | $1,073.53 |
| This is a: Eighth Monthly Fee Application | |

---

[1] The last four digits of the Debtor's federal tax identification number is 3143. The Debtor's service address for the purpose of this chapter 11 case is: 2447 Technology Way, Springdale, AR 72764.

## SUMMARY OF FEES AND EXPENSES OF PRIOR APPLICATIONS

| Date & Docket No. Filed | Filing Period | Requested Fees | Requested Expenses (100%) | CNO Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Holdback (20%) |
|---|---|---|---|---|---|---|---|
| 6/4/2019 D.I. 123 (1st Monthly) | 4/15/2019-5/31/2019 | $165,970.50 | $9,353.82 | 6/25/2019 D.I. 154 | $132,776.40 | $9,353.82 | $33,194.10 |
| 7/22/2019 D.I. 218 (2nd Monthly) | 6/1/2019-6/30/2019 | $60,874.00 | $1,391.55 | 8/14/2019 D.I. 262 | $48,699.20 | $1,391.55 | $12,174.80 |
| 8/20/2019 D.I. 280 (3rd Monthly) | 7/1/2019-7/31/2019 | $99,063.50 | $4,805.77 | 9/13/2019 D.I. 332 | $79,250.80 | $4,805.77 | $19,812.70 |
| 9/20/2019 D.I. 337 (4th Monthly) | 8/1/2019-8/31/2019 | $63,745.50 | $3,309.86 | 10/16/2019 D.I.354 | $50,996.40 | $3,309.86 | $12,749.10 |
| 10/22/2019 D.I. 359 (5th Monthly) | 9/1/2019-9/30/2019 | $72,365.50 | $7,600.04 | 11/14/2019 D.I. 381 | $57,892.40 | $7,600.04 | $14,473.10 |
| 11/20/2019 D.I. 385 (6th Monthly) | 10/1/2019-10/31/2019 | $67,325.00 | $3,673.16 | 12/13/19 D.I. 394 | $54,100.00 | $3,673.16 | $13,465.00 |
| 1/6/2020 D.I. 400 (7th Monthly) | 11/1/2019-11/30/2019 | $52,131.00 | $6,112.80 | 1/30/2020 D.I. 405 | $41,704.80 | $6,112.80 | $10,426.20 |

## COMPENSATION BY PROFESSIONAL
### NanoMech, Inc., (Case No. 19-10851 (JTD)) for Billing Reference 200371.002

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael Busenkell | Member | $460.00 | 1.00 | $460.00 |
| Margaret F. England | Associate | $275.00 | 4.20 | $1,155.00 |
| Sarah M. Ennis | Associate | $275.00 | 8.70 | $2,392.50 |
| Maria E. Whalen | Paralegal | $190.00 | 9.10 | $1,729.00 |
| Ashley Gollmann | Paralegal | $150.00 | 5.00 | $750.00 |
| Richard Bennett | Paralegal | $120.00 | .20 | $24.00 |
| GRAND TOTAL | | | 28.20 | $6,510.50 |
| BLENDED RATE: | | $231.00 | | |

**COMPENSATION BY PROJECT CATEGORY**
**NanoMech, Inc., (Case No. 19-10851 (JTD)) for Billing Reference 200371.002**

| Project Category | Code | Total Hours | Total Fees |
|---|---|---|---|
| Case Administration | B110 | 4.60 | $955.00 |
| Asset Disposition | B130 | .10 | $46.00 |
| Fee/Employment Applications | B160 | 4.70 | $893.00 |
| Avoidance Action Analysis | B180 | 4.20 | $1,155.00 |
| Case Assessment, Development and Administration | L100 | 1.60 | $276.00 |
| Pleadings | L210 | .30 | $45.00 |
| Dispositive Motions | L240 | 3.30 | $926.00 |
| Other Written Motions and Submissions | L250 | .40 | $110.00 |
| Discovery | L300 | 1.40 | $514.50 |
| Written Discovery | L310 | 3.90 | $885.00 |
| Document Production | L320 | 3.70 | $705.00 |
| **Totals** | | **28.20** | **$6,510.50** |

**EXPENSE SUMMARY**
**NanoMech, Inc., (Case No. 19-10851 (JTD)) for Billing Reference 200371.002**

| Expense Category | | Total Expenses |
|---|---|---|
| Pacer/Research Charges | | $36.10 |
| Photocopy Charges (at $0.10/page) | | $10.00 |
| In-House Postage | | $1.90 |
| Delivery services/Messengers | | $15.00 |
| **Total Expenses** | | **$63.00** |

### COMPENSATION BY PROFESSIONAL
### NanoMech, Inc., (Case No. 19-10851 (JTD)) for Billing Reference 200371.003

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael Busenkell | Member | $460.00 | 15.50 | $7,130.00 |
| Margaret F. England | Associate | $275.00 | 1.40 | $385.00 |
| Sarah M. Ennis | Associate | $275.00 | 2.40 | $660.00 |
| Maria E. Whalen | Paralegal | $190.00 | 9.60 | $1,824.00 |
| Ashley Gollmann | Paralegal | $150.00 | 4.30 | $645.00 |
| Melanie Cimini | Case Management Assistant | $100.00 | .50 | $50.00 |
| **GRAND TOTAL** | | | **33.70** | **$10,694.00** |
| **BLENDED RATE:** | | **$317.00** | | |

### COMPENSATION BY PROJECT CATEGORY
### NanoMech, Inc., (Case No. 19-10851 (JTD)) for Billing Reference 200371.003

| Project Category | Code | Total Hours | Total Fees |
|---|---|---|---|
| Case Administration | B110 | 21.60 | $8,349.00 |
| Board of Directors | B260 | 4.30 | $620.00 |
| Case Assessment, Development and Administration | L100 | 7.80 | $1,725.00 |
| **Totals** | | **33.70** | **$10,694.00** |

### EXPENSE SUMMARY
### NanoMech, Inc., (Case No. 19-10851 (JTD)) for Billing Reference 200371.003

| Expense Category | | Total Expenses |
|---|---|---|
| Courier Services/Legal Services/Fed Ex Mailings | | $278.72 |
| In-house Postage | | $.50 |
| Pacer /Research Charges | | $16.70 |
| Photocopy Charges (at $0.10/page) | | $109.60 |
| O'Rourke Investigation | | $185.00 |
| Travel Expenses (Travel of Michael Busenkell to NYC re D&O claims and settlement | | $385.11 |
| **Total Expenses** | | **$1,010.53** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NANOMECH, INC., | Case No. 19-10851 (JTD) |
| Debtor.[1] | Objection Deadline: March 5, 2020 at 4:00 p.m. (ET)<br>Hearing Date: March 13, 2020 at 1:00 p.m. (ET) |

**EIGHTH MONTHLY FEE APPLICATION OF
GELLERT SCALI BUSENKELL & BROWN, LLC, AS COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 30, 2019**

Gellert Scali Busenkell & Brown, LLC ("GSBB"), counsel for the above-captioned Debtor and Debtor-in-possession, NanoMech, Inc. (the "Debtor"), submits this Eighth Monthly Fee Application (the "Application") for allowance of compensation for professional services rendered by GSBB to the Debtor for the period from December 1, 2019 through December 30, 2019 (the "Compensation Period") and reimbursement of actual and necessary expenses incurred by GSBB during the Compensation Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals (the " Interim Compensation Order") [D.I. 125]. In support of the Application,

---

[1] The last four digits of the Debtor's federal tax identification number is 3143. The Debtor's service address for the purpose of this chapter 11 case is: 2447 Technology Way, Springdale, AR 72764.

5

GSBB submits the affidavit of Michael Busenkell, Esq. attached hereto as <u>Exhibit A</u>. In further support of this Application, GSBB represents as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## FACTUAL BACKGROUND

3. On April 15, 2019, (the "<u>Petition Date</u>"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues in the possession of their respective properties and the management of their respective businesses as Debtor-in-Possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. The events leading up to the Petition Date and facts and circumstances supporting the requested relief are set forth in the Declaration of Benjamin Waisbren in the Support of Chapter 11 Petition and First Day Pleadings [D.I. 3].

5. As of the date hereof, no official committee of unsecured creditors has been appointed.

## GSBB'S RETENTION

6. By application, filed on April 19, 2019, the Debtor requested authority to retain GSBB as counsel in connection with the above referenced bankruptcy case [D.I. 29].

7. On May 8, 2019, the Court entered the Order Authorizing the Debtor to Employ Gellert Scali Busenkell & Brown, LLC, as Bankruptcy Counsel Nunc Pro Tunc to April 15, 2019 [D.I. 70].

8. Notice of this Application has been provided to (a) the Office of the United States Trustee for the District of Delaware (Attn: Benjamin A. Hackman, Esq.); (b) counsel for Debtor's Debtor in Possession Lender: Otterbourg P.C., 230 Park Avenue, New York, NY 10169 (Attn: Jonathan Helfat, Esq.); (c) the twenty (20) largest unsecured creditors in the case in lieu of the creditors' committee; and (d) all parties that have requested notice pursuant to Bankruptcy Rule 2002. The Debtor submits that no other or further notice be provided.

## RELIEF REQUESTED

9. GSBB respectfully requests that it be allowed (i) compensation in the amount of $13,763.60 (80% of 17,204.50), for reasonable, actual and necessary services rendered by it on behalf of the Debtor during the Compensation Period, (ii) reimbursement of $1,073.53 for reasonable, actual and necessary expenses incurred during the Compensation Period.

### GSBB'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

10. All services for which GSBB requests compensation were performed for or on behalf of the Debtor.

11. GSBB has received no payment and no promise for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between the Debtor and any other person other than the partners of GSBB for the sharing of compensation to be received for services rendered in this case.

**Fee Statements**

12.     The total sum due to GSBB for professional services rendered on behalf of the Debtor for the Compensation Period is $13,763.60, (80% of $17,204.50), which will be due and payable upon approval of Application.  To the best of GSBB's knowledge, this Application complies with section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  GSBB's time reports are manually entered into the time keeping system by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  GSBB charges for its professional services which are based up on the time, nature, extent and value of such services and the costs of comparable services other than in a case under the Bankruptcy Code.

**Actual and Necessary Expenses**

13.     The total sum due to GSBB of actual and necessary expenses incurred on behalf of the Debtors is $1,073.53.  In accordance with Local Rule 2016-2(e)(iii), all copy charges are billed no more than $0.10 per page for black & white copies and $.80 for color copies, computer-assisted legal research charges are billed no more than the actual cost, outgoing facsimile transmission charges do not exceed $.25 per page, and there is no charge for incoming facsimiles.  GSBB records the numbers of copies made for each client on a daily basis.

14.     GSBB believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.

**Summary of Fees and Expenses**

15.     GSBB has provided monthly fee and expenses statements that are attached hereto

as Exhibit B and Exhibit C [1] for the Compensation Period. These statements indicate the services performed by category with more detailed identification of the actual services provided and further identifying the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation for each category. GSBB attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.

16. GSBB has endeavored to represent the Debtor in the most expeditious and economical manner possible. Tasks have been assigned to attorneys and paralegals at GSBB so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter. GSBB believes it has been successful in this regard.

17. The undersigned has reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware and certifies to the best of his information, knowledge and belief that this application complies with Local Rule 2016-2.

WHEREFORE, GSBB submits this Application and respectfully requests that this Court (i) authorize and allow fees of $13,763.60 (80% of $17,204.50) in compensation for professional services rendered and $1,073.53 for actual and necessary expenses incurred for the period from December 1, 2019 through December 31, 2019; (ii) authorize and direct the Debtor to pay to GSBB the amount of $18,278.03; and (iii) granting such other relief as this Court deems just and proper.

---

[1] An additional internal billing reference, 200371.003 was created for the matter concerning the examination of Directors and Officers. On September 18, 2019 the Court granted the Order to Retain O'Hagan Meyer as Special Investigation Counsel to the Debtor [D.I. 334] to continue to investigate this matter.

| | |
|---|---|
| Dated: February 14, 2020<br>Wilmington, DE | GELLERT SCALI BUSENKELL & BROWN, LLC<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell (DE 3933)<br>Ronald S. Gellert (DE 4259)<br>Margaret F. England (DE 4248)<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE  19801<br>Telephone:  (302) 425-5800<br>Facsimile:   (302) 425-5814<br>mbusenkell@gsbblaw.com<br>rgellert@gsbblaw.com<br>mengland@gsbblaw.com<br><br>*Counsel to Debtor and Debtor-in-Possession* |